IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANDRE DUHREAL FLAGG-EL, AIS No. 310705, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 1:22-CV-264-WHA-JTA ) |
| THE HOUSTON COUNTY SHERIFF DEPT. and JAIL, et al., | ) ) ) |
| Defendants. | ) |

**O R D E R**

This case is before the Court on the Recommendation of the United States Magistrate Judge entered on October 24, 2022. Doc. 8. There being no timely objections filed to the Recommendation and upon independent review of the file, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. Plaintiff's Motion for Preliminary Injunction (Doc. 1) is DENIED.

3. Plaintiff's Complaint is DISMISSED with prejudice under 28 U.S.C. § 1915(e)(2)(B)(i) as barred by the statute of limitations.

4. This case is DISMISSED prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(i).

Final Judgment will be entered separately.

Done, this 16th day of November 2022.

        /s/ W. Harold Albritton
        W. HAROLD ALBRITTON
        SENIOR UNITED STATES DISTRICT JUDGE